IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_Kenton M. Hall #215571_
Full name and prison number
of plaintiff(s)

2007 AUG 27 A 9:27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v.

_Moncia Pate, Sgt E.M. Roberts,_
_Hon. Bill Lewis, Hon. Ben Fuller_
_et al._

CIVIL ACTION NO. 2:07CV766-WKW
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _N/A_

         Defendant(s) _N/A_

      2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number _____

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Wm. E. Donaldson Corr. Fac.; 100 Warrior Lane, Bessemer, Alabama__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __N/A__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Monica Pate | 200 River Oaks Dr. Apt #56 Wetumpka AL 36092 |
| 2. | Cpl. E. M. Roberts | c/o Wetumpka Police Department Wetumpka, Alabama 36092 |
| 3. | Bill Lewis | PO Box 81, Wetumpka AL 36092 |
| 4. | Ben Fuller | PO Box 310, Wetumpka AL 36092 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __01/30/2005__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Malicious prosecution__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about January 20, 2005, a criminal was alleged to had been committed against an individual person. The offense reference is made to herein is and of itself robbery. It was a one Madam Monica Pate, who allege that she had been robbed. (See attach sheet; Cont.)

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

Cont. from Ground one, pg. 1.

In this respect, a statement was given by madam pate pertaining the robbery to a one E.M. Roberts, an agent of Wetumpka police department.

It is worth noting, however, that as a result of madam pate unsworn statement an investigation was allege to had been contacted by a one Det. E.M. Roberts and as a result thereof, the plaintiff was allegedly apprehended and charge with robbing madam pate on the aforesaid. It is of interest to further note that Det. E.M. Roberts fail to follow the procedural of Wetumpka police department following the accusation being made against plaintiff. That is, where plaintiff was neither read his Miranda Rights nor informed of the offense which he was allegedly arrested and being charge therefore; plaintiff was neither permitted to make a telephone call upon his allege arrest and being charge that he may inform someone of his being held in durance vile nor was he ever finger printed; and, plaintiff was neither taken before an magistrate with undue delay following his allege arrest nor was he given a bond following said arrest. In this respect, plaintiff 4th, 5th, 6th and 14th Amendment rights accorded by the state and federal Constitution's has been abridge and will

Cont. from Grand one, pg 2

Continue to be violated until those error's has been corrected; thereafter plaintiff enjoying those very same statutory and constitutional rights.

Nevertheless, a one E.M. Roberts file and submitted an falsity report et al to and with the District Attorney office following the plaintiff allege arrest and his investigation. It was from and based on said inadequate investigation and report a one Hon. Bill Lewis presented to a Grand Jury an Criminal accusation against plaintiff. As a result thereof, the plaintiff was indicted on a charge of robbery and is presently awaiting to be tried before a Jury on said charge in the Circuit Court of Elmore County, Alabama. In this regard, plaintiff is being deprived of his liberty in violation of his state and federal Constitutional rights of not being held imprison or deprived of his liberty without being provided with due process of law and equal protection of the law.

In connection with the aforemention, a one Hon. Ben Fuller has been appraised of the violation of plaintiff Constitutional rights. He has and continue even at this draft fail to heed his Constitutional

Cont. from Ground one, pg 3.

duty to protect and ensure plaintiff enjoy his statutory and state, federal constitutional rights. That is, he fail as the presiding jurist over the criminal prosecution to take the appropriate and necessary steps, to act to protect the rights of plaintiff which had, was and is continue to be violated.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_____*Lenton M. Hall*_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __08/24/2007__.
(Date)

_____*Lenton M. Hall*_____
Signature of plaintiff(s)

4

Kenton Hall #215571
100 Warrior Lane
Bessemer, Ala 35023

Legal mail



United State District C
The middle District of
Montgomery, Alabama
3 6