IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENTON M. HALL,<br>AIS #215571, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:07-CV-766-WKW<br>) |
| MONICA PATE, et al., | )<br>) |
| Defendants. | ) |

**O R D E R**

Upon review of the documents filed by the plaintiff and to ensure proper screening of the complaint, the court deems it appropriate to require that the plaintiff file an amendment to his complaint. Accordingly, it is

ORDERED that on or before September 12, 2007 the plaintiff shall file an amendment to his complaint which:

  1. Advises the court of the date on which he was arrested for robbery.

  2. Informs the court of the relief he seeks in this cause of action.

In filing his response, the plaintiff must set forth **short and plain statements** addressing the directives set forth in this order. Each response should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend

that this case be dismissed.

    Done this 29th day of August, 2007.


                /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE