IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT

RECEIVED
2007 SEP 10 A 9:28
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KENTON HALL

VS.

MONICA PATE, et al

Civ. Act. No. 2:07-CV-766 WKW

## AMENDMENT OF COMPLAINT

Comes now, the plaintiff, Kenton M. Hall, respectfully and do hereby comply with the directives of this court order issue on the 29th day of August, 2007; therewith set forth:

I. The legal document plaintiff has in his possession, in which is pertaining to his allege arrest fail to disclose a date of arrest. In this respect, the plaintiff is unable to convey a date or time which would be right and exact with respect to his allege arrest on the charge of robbery. It is also interesting to note plaintiff first learned of his allege arrest in or about 2006 of April, where he was served with a copy of an indictment; while a resident at Staton Correctional Facility, which was returned against him by a Grand Jury of Elmore County, Alabama. See, Attached "Case Action Summary Sheet."

II. The relief plaintiff ask for from this court in relation to the complaint is as follow:

(a) A declaration that the acts and omissions

described in the original complaint violated plaintiffs' rights under the Constitution and laws of the United States.

(b) A preliminary and permanent injunction, pursuant to 28 U.S.C. § 2283 and § 2284 and Rule 65 of the Federal Rules of Civil Procedure, ordering defendants' to review the criminal indictment and where said indictment charge plaintiff with two unrelated offences, then said Hon. Ben Fuller be instructed to dismiss the indictment; to recuse himself as presiding Judge where his impartiality is being question by plaintiff.

(c) Compensatory damages in the amount of $ one Million against a one defendant Monica Pate, and a one defendant E.M. Roberts, Jointly and severally

(d) Punitive damages in the amount of $ 1. (one-dollar) against each of the aforesaid defendant subject to the same.

(e) A Jury trial on all issues trivable by Jury

(f) Plaintiff's costs in this suit

(g) Any additional relief this court deems Just, proper, and equitable.

Dated: 09/05/07

Respectfully submitted,
*Kenton M. Hall*
KENTON M. HALL

## VERIFICATION

I have read the foregoing amendment to the complaint and hereby verify that the matters alleged herein, as well in the original complaint are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at William E. Donaldson Correctional Facility, Bessemer, Alabama, on 09/05/07

*Kenton M. Hall*
KENTON M. HALL

```
A  372                ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2006 000156.00
O  : TOM                        CASE ACTION SUMMARY
PAGE:  1                          CIRCUIT CRIMINAL             RUN DATE: 03/07/2006
===================================================================================
IN THE CIRCUIT COURT OF   ELMORE                                         JUDGE: BAF
STATE OF ALABAMA                    VS    HALL KENTON MAURICE
                                          AIS#215571
CASE: CC 2006 000156.00                   STATON CORRECTIONAL FAC
                                          ELMORE, AL  36025 0000

DOB: 03/28/1980     SEX: M  RACE: B  HT: 6 05  WT: 400  HR: BLK  EYES: BRO
SSN: 421086755  ALIAS NAMES: JAZZY
===================================================================================
CHARGE01: ROBBERY 1ST          CODE01: ROB1  LIT: ROBBERY 1ST   TYP: F  # : 002
OFFENSE DATE:                                AGENCY/OFFICER: 029010C ROBERTS
DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE    INDICTED: 04/08/2005        DATE      FILED: 03/07/2006
DATE    RELEASED:                   DATE    HEARING:
BOND     AMOUNT:      $30,000.00        SURETIES:

DATE 1: 05/04/2006  DESC: ARRG           TIME: 0830 A
DATE 2:             DESC:                TIME: 0000
TRACKING NOS: GJ 2005 000205 00  /  WR 2005 000179 00  /
DEF/ATY: Robert Bowers                TYPE: A                          TYPE:
                         00000                             00000
PROSECUTOR: GOGGANS JAMES GLENN
===================================================================================
OTH CSE: GJ200500020500  CHK/TICKET NO:                   GRAND JURY: 147
C  T REPORTER:               SID NO:   000000000
D  STATUS: PRISON            DEMAND:                                OPER: TOM
===================================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 3/21/06 | Motion for a Speedy Trial |
| 4/19/06 | Motion to Dismiss Indictment |
| 5-4-06 | Plea of Not Guilty and Waiver of Arraignment |
| 5-4-06 | Order of Arraignment |
| 5/24/06 | Motion to Suppress Evidence |
| 6-6-06 | Plea held open. Case continued to 9-26-06 @ 9:00 a.m. - BF |
| 6/21/06 | Defendant's request to remove Counsel & the appointment of new Counsel |
| 6/21/06 | Defendant's request for Complete Discovery by the State |
| 6/23/06 | Order - Denied deft. request to remove Counsel c DA+Deft |



Carter, W.
AIS No 215-...
OCL District Land
Bessemer, AL 35023

LEGAL MAIL

United States District Court
for the Middle District of
CLERK OF THE COURT
P.O. Box 711
Montgomery, AL 36101-0711