IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT

Kenton M. Hall,

    Plaintiff

vs.               Civ. Act. No. 2:07-CV-766 WKW

Monica Pate, et al

RECEIVED 2007 SEP 10 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witness

WHEREFORE, plaintiff request that the court appoint TRINA WILLIAMS, a member of the Alabama State Bar, as counsel in this case, or any other lawyer the court deem fit.

09/05/07
DATE

                Kenton M. Hall
                KENTON M. HALL
                AIS NO. 205571 A/17
                100 Warrior Lane
                Bessemer, AL 35023