IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT

Kenton Hall

vs.                                              Civ. Act. No. 2:07-CV-766
                                                               WKW
Monica Rose, et al


## MOTION FOR LEAVE TO FILE AN AMEND COMPLAINT

Plaintiff Kenton H. Hall, pursuant to Rule 15(a) and 19(a), Fed. R. Civ. P., request leave to file an amend complaint adding a party.

1. The plaintiff in his original complaint fail to name a defendant.

2. Since the filing of the complaint the plaintiff has determined the City of Wetumpka, Alabama, to be and is, thereby should be added as a defendant.

3. That 28 U.S.C. Section 1331 and 1343 (a)(3) be incorporate in relation to his original complaint.

WHEREFORE, the plaintiff pray this court will grant leave to amend said complaint.

Respectfully submitted,

Kenton H. Hall
KENTON H. HALL

AIS No. 215571 C/17
166 Warrior Lane
Wetumpka, AL 36023