IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENTON M. HALL, <br> AIS #215571, <br><br> Plaintiff, <br><br> v. <br><br> MONICA PATE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:07-CV-766-WKW <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Upon review of the amendment filed by the plaintiff, and as the exhibits submitted in support of the amendment indicate that law enforcement officials did not subject plaintiff to arrest for the 2005 robbery of Monica Pate but, instead, merely served him with a copy of the indictment for such offense, the court deems it appropriate to require that the plaintiff file a second amendment to his complaint. Accordingly, it is

ORDERED that on or before September 24, 2007 the plaintiff shall file an amendment to his complaint which:

1. Advises the court of whether any law enforcement officer placed him ***under arrest*** for the 2005 robbery of Monica Pate. If plaintiff bases his arrest claim on service of the indictment, he shall so advise the court.

2. Identifies the means by which he was served with the indictment.

In filing his response, the plaintiff must set forth **short and plain statements** addressing the directives set forth in this order. Each response should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 13th day of September, 2007.

                                                  /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE