IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 21 A 9:59
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

KENTON M. HALL,
AIS# 215571,
  Plaintiff

v.

MONICA POTE, et al.
  Defendants.

Civil Action No. 2:07-CV-766-WKW

## AMENDMENT

Plaintiff, Kenton M. Hall, in complying with this Honorable Court Order issue on 13th Sept. 07, do hereby and sayeth:

1. He was not physically placed under arrest by any government agent. That is, of course, in relation to the 2005 robbery of Madam Monica Pote. It is interest, however, to note that a one Madam Roberts' has allege the opposit in her departmental report. She contend and convey in said report that plaintiff was apprehended and charge, therewith, read his Miranda rights. The same was impossible, where plaintiff was imprison on unrelated charges. See attached Exhibit I.

2. It is important, I think, to point out that plaintiff first

learned of his being arrested and with the aforesaid criminal offence, whilst he was being held in durance vile, at Staton Correctional facility. The Plaintiff was first summon to report to the Shift Commander office of said penal settlement. Upon arriving therein, Plaintiff was advised by an Correctional official that he had receive some legal mail. He signed the peice of paper given to him by the official that acknowledge he was being given said mail. Thereafter, an envelope containing the herein reference indictment was handed to him.

Wherefore, Plaintiff pray this court will accept the above and grant the sought relief.

Respectfully submitted,

Kenton M. Hall

KENTON M. HALL

AIS NO. 215571
100 Warrior Lane
Bessemer, AL 35023


Ex-1

# TOLES & WILLIAMS, LLP
### ATTORNEYS AT LAW

**VICKY U. TOLES**

P.O. BOX 501
MONTGOMERY, AL 36101
(334) 832-9915

**TRINA S. WILLIAMS**

1015 S. MCDONOUGH ST.
MONTGOMERY, AL 36104
FAX (334) 832-9917

July 27, 2007

Mr. Kenton Hall #215571
P. O. Box 150
Mt. Meigs, AL 36057

Re: Letter

Dear Mr. Hall,

    This letter is in regards to the letter you sent to my office on or about June 14, 2007. According to the Circuit Clerk's Office, you received an additional ninety-three (93) days jail credit. You were incarcerated at the Montgomery County Detention Facility on January 14, 2005 and remained there until April 7, 2005. Your file was updated to reflect a jail credit of ninety-three (93) days on May 11, 2007. This information should have reached the Department of Corrections.

    If you have additional questions or concerns, please do not hesitate to contact my office.

Sincerely,

Trina S. Williams

TSW/sm