IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENTON M. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-cv-0766-WKW |
| | ) |
| MONICA PATE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 15, 2007, the Magistrate Judge filed a Recommendation (Doc. # 12) in this case to which the plaintiff filed a timely objection. (Doc. # 13.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 12) is ADOPTED;

2. The plaintiff's objection (Doc. # 13) is OVERRULED;

3. Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED WITH PREJUDICE prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii);

4. To the extent the plaintiff presents claims challenging the constitutionality of criminal charges pending against him before the Circuit Court of Elmore County, Alabama, these claims are DISMISSED WITHOUT PREJUDICE in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

5. This case is DISMISSED.

An appropriate judgment will be entered.

Done this the 16th day of November 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE